IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN FLETCHER GRIMES,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D22-1276
LT Case No. 2020-CF-000646

Decision filed January 31, 2023

Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Matthew J. Metz, Public Defender, and
Betty Wyatt, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Richard A. Pallas, Jr.,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.


LAMBERT, C.J., WALLIS and HARRIS, JJ., concur.